**Daniel Johnson WILLIS,**
**Plaintiff—Appellant,**

v.

**TOWN OF TRENTON, North Carolina;**
**Sylvia A. Willis, Mayor of Trenton;**
**Willard O. Lewis, Council Member;**
**AL Riggs, Council Member; Charles**
**Jones, Council Member; C. Glenn Spi-**

vey, **Town Clerk; Trenton Memorial**
**Association; Carol M. Hood; Inez**
**Koonce Banks, Defendants—Appellees.**

No. 03–2094.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2004.
Decided April 5, 2004.

Daniel Johnson Willis, Appellant pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Daniel Johnson Willis appeals the district court's order denying him leave to file an action pursuant to a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Willis v. Town of Trenton,* No. CA–03–34–4–H (E.D.N.C. May 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*